

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00417-CV

Maria **FIGUEROA**,
Appellant

v.

**BLUEBONNET FOODS LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025CV01206
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on September 2, 2025. After neither appellant's brief nor a motion for extension of time was filed, we ordered appellant to file her brief and show cause why this appeal should not be dismissed for want of prosecution on or before October 6, 2025. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also id.* 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

Appellant did not respond to our order, and she has not filed her brief. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)–(c).

PER CURIAM